UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY,<br><br>        Plaintiff,<br><br>  v.<br><br>RASHEED, *et al.*,<br><br>        Defendants. | Case No.  2:20-cv-02544-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 44 |

Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment. ECF No. 44. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 44, is granted.

    2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   September 22, 2022                     _____
                                                            JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE