UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RASHEED, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-02544-DAD-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET A SETTLEMENT CONFERENCE<br><br>ECF No. 51 |

　　　Plaintiff has filed a motion asking that this case be set for a settlement conference. ECF No. 51. The undersigned has reviewed the docket and believes that at this time a settlement conference would be unlikely to be productive. Accordingly, plaintiff's request to set a settlement conference, ECF No. 51, is denied without prejudice.

　　　If plaintiff still believes that a settlement conference would be beneficial after the court issues a decision on defendants' motion for summary judgment, he may renew his request to set a settlement conference.

IT IS SO ORDERED.

Dated: 　December 22, 2022　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE