UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY,<br><br>              Plaintiff,<br><br>   v.<br><br>RASHEED, *et al.*,<br><br>             Defendants. | Case No. 2:20-cv-02544-DAD-JDP (PC)<br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the July 18, 2023 findings and recommendations. ECF No. 59. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 59, is granted.

2. Plaintiff is granted until August 31, 2023 to file objections to the July 18, 2023 findings and recommendations.

3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:   August 1, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE